THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIRGINIA ANN FOX, | : CIVIL ACTION NO. 3:18-CV-1486 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Saporito) |
| v. | |
| KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

**ORDER**

AND NOW, THIS _____ DAY OF NOVEMBER 2021, upon consideration of the pending Report and Recommendation ("R&R") (Doc. 20) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 20) is **ADOPTED IN PART**;

2. The Court **DOES NOT ADOPT** the recommendation that the Commissioner's decision be affirmed (Doc. 20 at 37);

3. Plaintiff's appeal is **GRANTED IN PART**;

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Kilolo Kijakazi, the current Acting Commissioner of Social Security, is substituted for former Acting Commissioner of Social Security Nancy Berryhill as the named defendant in this action.

4. This matter is **REMANDED** to the Acting Commissioner for further consideration consistent with the accompanying Memorandum Opinion.

                                                      Robert D. Mariani  
                                                      United States District Judge